FILED: November 16, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4462
(5:20-cr-00333-D-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

RESHOD JAMAR EVERETT, a/k/a Kool, a/k/a Kool-Aid

       Defendant - Appellant

_____

O R D E R
_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release and dismisses this appeal.

Entered at the direction of Chief Judge Gregory with the concurrence of Judge Wilkinson and Judge Floyd.

       For the Court

       /s/ Patricia S. Connor, Clerk